# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON GELDWERT, M.D., an individual, and LIMOR GELDWERT, an individual,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>TOBER GROUP INC., a New York corporation d/b/a/ TOBER LOGISTICS INC., et al.,<br><br>　　　　　　Defendants. | Case No. 07 CV 1307 WQH (NLS)<br><br>**ORDER GRANTING TOBER GROUP, INC. dba TOBER LOGISTICS, INC.'S** *EX PARTE* **APPLICATION FOR TELEPHONIC APPEARANCE AT DECEMBER 3, 2007, ENE**<br><br>[Doc. No. 16] |

The *ex parte* application of TOBER GROUP, INC. dba TOBER LOGISTICS, INC., ("TOBER") requesting that the representative from TOBER with knowledge of this case and full settlement authority be allowed to appear telephonically at the December 3, 2007, ENE was received and considered by the Court. After consideration of TOBER's application, and all other matters presented to the Court, the unopposed *Ex Parte* Application [Doc. No. 16] is **GRANTED** and TOBER's client representative shall be available telephonically on December 3, 2007, continuously from 9:30 a.m. PST until the conclusion of the ENE.

**IT IS SO ORDERED**.

November 13, 2007　　　　　　　　　　　_/s/ Nita L. Stormes_
Date　　　　　　　　　　　　　　　　　　HON. NITA L. STORMES
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge