UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON GELDWERT, M.D., an individual, and LIMOR GELDWERT, an individual,<br><br>                  Plaintiffs,<br>      v.<br><br>TOBER GROUP INC., a New York corporation d/b/a TOBER LOGISTICS INC.; LEHIGH MOVING & STORAGE INC., a New York corporation; HAROLD HARMANS, an individual, d/b/a RINKENS INTERNATIONAL, d/b/a RINKENS INTERNATIONAL MOVING, d/b/a RINKENS INTERNATIONAL & WORLDWIDE MOVING and d/b/a RINKENS WORLDWIDE MOVING; and MAX HOES, an individual, d/b/a RINKENS INTERNATIONAL, d/b/a RINKENS INTERNATIONAL MOVING, d/b/a RINKENS INTERNATIONAL & WORLDWIDE MOVING and d/b/a RINKENS WORLDWIDE MOVING,<br><br>                  Defendants.<br>_____<br>AND RELATED CLAIMS<br>_____ | Case No. 07cv1307WQH(NLS)<br><br>ORDER GRANTING LEHIGH MOVING & STORAGE, INC.'S EX PARTE APPLICATION FOR TELEPHONIC APPEARANCE AT DECEMBER 3, 2007 EARLY NEUTRAL EVALUATION CONFERENCE<br><br>[Doc. No. 21] |

      The Ex Parte Application of LEHIGH MOVING & STORAGE, INC. ("Lehigh") requesting that the representative from Fireman's Fund Insurance Company with knowledge of this case, and full

settlement authority be allowed to appear telephonically at the December 3, 2007, ENE Conference on behalf of defendant Lehigh, was received and considered by the Court.

After consideration of Lehigh's Application, and all other matters presented to the Court, the unopposed Ex Parte Application is **GRANTED** and the representative of Lehigh's insurer, Fireman's Fund Insurance Company, shall appear on behalf of Lehigh and be *available* telephonically on December 3, 2007, continuously from 9:30 a.m., PST, until the conclusion of the ENE Conference.

**IT IS SO ORDERED.**

DATED:  November 26, 2007

Hon. Nita L. Stormes
U.S. Magistrate Judge