1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN GELDWERT, M.D., an individual, and LIMOR GELDWERT, an individual, | ) CASE NO.  07 CV 1307 WQH (NLS) ) ) **ORDER GRANTING RACON LINE,** ) **INC. dba RINKENS** |
| Plaintiffs, | ) **INTERNATIONAL's EX PARTE** ) **APPLICATION TO PERMIT** |
| vs. | ) **TELEPHONIC APPEARANCE AT EARLY** ) **NEUTRAL EVALUATION CONFERENCE** |
| TOBER GROUP INC., a New York corporation d/b/a TOBER LOGISTICS INC.; LEHIGH MOVING & STORAGE INC., a New York corporation; HAROLD HARMANS, an individual, d/b/a RINKENS INTERNATIONAL, d/b/a RINKENS INTERNATIONAL MOVING, d/b/a RINKENS INTERNATIONAL WORLDWIDE & MOVING and d/b/a RINKENS WORLDWIDE MOVING; and MAX HOES, an individual, d/b/a RINKENS INTERNATIONAL, d/b/a RINKENS INTERNATIONAL MOVING, d/b/a RINKENS INTERNATIONAL WORLDWIDE & MOVING and d/b/a RINKENS WORLDWIDE MOVING, | ) **OF DECEMBER 3, 2007** ) ) [Doc. No. 22] ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| AND RELATED CROSS-ACTIONS. | ) ) |

- 1 -

1    The Court has received and considered defendant, cross-claimant, and cross-defendant Racon Line, Inc. dba Rinkens International's ("Rinkens") Ex Parte Application To Permit Telephonic Application at the Early Neutral Evaluation Conference of December 3, 2007.

    The Court, having reviewed and considered all documents, evidence, and arguments presented to it, hereby **GRANTS** Rinkens' ex parte application and orders that a representative of Rinkens and a representative of its insurer shall be *available* by telephone on December 3, 2007, starting at 9:30 a.m. P.S.T. until the conclusion of the Early Neutral Evaluation Conference.

    **IT IS SO ORDERED.**

DATED:  November 26, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge