UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON GELDWERT, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>TOBER GROUP, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | Civil No.07cv1307-WQH (NLS)<br><br>**NOTICE AND ORDER SETTING** *TELEPHONIC* **SETTLEMENT DISPOSITION CONFERENCE** |

A *telephonic* Settlement Disposition Conference will be held in the above-referenced matter on *__January 25, 2008__*, at **__10:00 a.m__**. before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The telephonic Settlement Disposition Conference will be taken off calendar if the appropriate dismissal papers are filed prior to that time.

**IT IS SO ORDERED.**

DATED: December 3, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge